Kurt Ramlo (SBN 166856)
RAMLO LAW
15021 Ventura Blvd. #544
Sherman Oaks, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208
Attorney for Defendant/Counterclaimant Golden Sphinx Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GARRY Y. ITKIN, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-4907 JAK (RAOx) |
| v. | |
| GOLDEN SPHINX LIMITED, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:

Golden Sphinx Limited          ☐ Plaintiff  ☒ Defendant  ☒ Other   Counterclaimant
_Name of Party_

☒ to substitute  Kurt Ramlo  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

15021 Ventura Blvd., #544
_Street Address_

Sherman Oaks, CA  91403               RamloLegal@gmail.com
_City, State, Zip_                    _E-Mail Address_

(310) 880-9208                                              166856
_Telephone Number_      _Fax Number_      _State Bar Number_

As attorney of record instead of   Ron Bender, Levene, Neale, Bender, Yoo & Golubchik L.L.P.
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **September 8, 2025**

_U.S. District Judge_