Kurt Ramlo (State Bar No. 166856)
RAMLO LAW
15021 Ventura Blvd. #544
Sherman Oaks, California 91403
(310) 880-9208
RamloLegal@gmail.com

Attorney for Defendant and Counterclaimant
Golden Sphinx Limited

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| GARRY Y. ITKIN,<br><br>    Plaintiff,<br><br>    v.<br><br>GOLDEN SPHINX LIMITED,<br><br>    Defendant,<br><br>And related counterclaim. | Case No. 2:21-cv-04907 JAK (RAOx)<br><br>**Joint Status Report Re Bankruptcy** |

Defendant and Counterclaimant Golden Sphinx Limited ("**Golden Sphinx**") and Plaintiff and Counterdefendant Garry Y. Itkin submit this joint status report in accordance with the text-only order entered on April 1, 2025 (the "**Status Report Scheduling Order**"):

*In re Golden Sphinx Limited*

This action remains subject to the automatic stay arising out of the Chapter 15 case entitled *In re Golden Sphinx Limited*, Case No. 2:22-bk-14320-NB (the "**GSL Chapter 15 Case**"), pending in the United States Bankruptcy Court for the Central District of California (the "**Bankruptcy Court**"), which recognized liquidation proceedings in Jersey, British Isles (the "**Jersey Liquidation**").

|   |   |
|---|---|
| 1 | As advised in the parties' prior joint status report, the Bankruptcy Court |
| 2 | determined that the automatic stay arising out of that Chapter 15 case applied to |
| 3 | the entirety of this action. |
| 4 | The only activity in the GSL Chapter 15 Case since the prior joint status |
| 5 | report in this action were the parties' periodic filings of reports advising the |
| 6 | Bankruptcy Court of the status of the Jersey Liquidation and of an action (the |
| 7 | "**Jersey Action**") by Golden Sphinx against Mr. Itkin in the Royal Court of Jersey |
| 8 | (the "**Royal Court**"). |

### Other Bankruptcy Proceedings

#### *In re Aleksandr Vitalievich Sabadash*

As previously advised, a foreign manager of a Russian Federation liquidation proceeding as to Aleksandr Vitalievich Sabadash, who formed the Sabadash family trust that owns Golden Sphinx, commenced a Chapter 15 case before the Bankruptcy Court on August 29, 2023, entitled *In re Sabadash*, Case No. 2:23-bk-15574-NB (the "**Sabadash Chapter 15 Case**"). Notwithstanding the relationship described above between Mr. Sabadash and Golden Sphinx, Golden Sphinx is not aware of any reason that the automatic stay arising out of the Sabadash Chapter 15 Case would apply to this action. To date, Mr. Itkin has not asserted that that automatic stay applies to this action, but he reserves all rights.

#### *In re Itkin & Sabadash*

On February 19, 2025, Mr. Itkin commenced an involuntary Chapter 7 case against an alleged general partnership that comprised Mr. Itkin and Mr. Sabadash. The case is entitled *In re Itkin & Sabadash*, Case No. 2:25-bk-11235-NB (the "**Alleged Partnership Case**"), and is also pending in the Bankruptcy Court. Neither Mr. Itkin nor Golden Sphinx took the position that the automatic that arose of that case applied to this action, but any possible issues became moot when the Alleged Partnership Case was dismissed on June 17, 2025, which automatically terminated the automatic stay. Mr. Itkin has filed a motion for reconsideration of

the dismissal. The filing of that motion does not reinstate the automatic stay.

## Status of This Action

The parties agree that this action remains stayed by the automatic stay arising out of the GSL Chapter 15 Case.

## Further Reports

In accordance with the Status Report Scheduling Order, the parties will file the next joint report on the status of the bankruptcy proceedings by the earlier of 180 days from today and within 10 days after a final decision in the GSL Chapter 15 Case or the Alleged Partnership Case.

Dated: September 26, 2025        RAMLO LAW

By: _/s/ Kurt Ramlo_
Kurt Ramlo
Attorney for Defendant and Counterclaimant
Golden Sphinx Limited

Dated: September 26, 2025        ABIR COHEN TREYZON SALO, LLP
ATABEK & CO.

By: _/s/ Jon Atabek_
Boris Treyzon
Jon A. Atabek
Attorneys for Plaintiff and Counterdefendant
Garry Y. Itkin

## Attestation of Signature

I, Kurt Ramlo, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 26, 2025        By: _/s/ Kurt Ramlo_